NO.  07-03-0503-CR
07-03-0504-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 24, 2004

_____


RYNELL JAMES HULIN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;

NOS. 13,298-A, 13,776-A; HONORABLE HAL MINER, JUDGE

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**MEMORANDUM OPINION**

Appellant Rynell James Hulin filed a Motion to Dismiss Appeal on March 19, 2004, averring that he no longer wishes to prosecute his appeals.   The Motion to Dismiss is signed by both appellant and his attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeals are hereby dismissed.  Tex. R. App. P. 42.2.  Having dismissed the appeals at appellant's personal request, no motion for rehearing will be entertained and our mandates will issue forthwith.


Phil Johnson
Chief Justice


Do not publish.